UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-56-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | (Fed. R. Crim. P. 58(b)) |
| ROBERT BRIAN MINISH | ) | |

The United States Attorney charges that:

### COUNT ONE

**[Theft of Property Belonging to the United States;
18 U.S.C. § 641]**

From in or about October 2001, and continuing up to and including in or about June 2010, in the Eastern District of North Carolina and elsewhere, the defendant, ROBERT BRIAN MINISH, did knowingly and willfully embezzle, steal, purloin, and knowingly convert to his own use and the use of another property belonging to the Department of the Defense, a department and agency of the United States, to which he knew he was not entitled, to wit, surplus military property, said property having an aggregate value exceeding $1,000.00, in violation of Title 18, United States Code, Section 641.

## COUNT TWO

[False Statements;
18 U.S.C. § 1001]

On or about April 27, 2009, in the Eastern District of North Carolina, the defendant, ROBERT BRIAN MINISH, in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the Defense Logistics Agency, U.S. Department of Defense, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation; that is, during an interview conducted by special agents of the Defense Logistics Agency, Office of Inspector General, stating that there were no firearms presently stored at Law Enforcement Support Services, and that firearms had never been stored at Law Enforcement Support Services, when in fact he knew at the time that there were presently firearms stored at Law Enforcement Support Services, and that firearms had previously been stored at Law Enforcement Support Services.

All in violation of Title 18, United States Code, Section 1001.

THOMAS G. WALKER
United States Attorney

_____
BY: TOBY W. LATHAN
Assistant United States Attorney
Criminal Division

2