IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA         . CASE NO. 5:13-CR-56-1BO
                                 . ELIZABETH CITY, NC
V.                               . NOVEMBER 15, 2013
                                 .
ROBERT MINISH                    .
. . . . . . . . . . . . . . . . .

                        TRANSCRIPT OF
              CONTINUATION OF SENTENCING HEARING
             BEFORE THE HONORABLE TERRENCE W. BOYLE
              JUDGE, UNITED STATES DISTRICT COURT


APPEARANCES:

FOR THE UNITED STATES:     TOBIN LATHAN, ESQUIRE
                           ASSISTANT U.S. ATTORNEY
                           800 FEDERAL BUILDING
                           310 NEW BERN AVENUE
                           RALEIGH, NC  27601-1461



FOR THE DEFENDANT:         JOHN FANNEY, ESQUIRE
                           FANNEY LAW OFFICE PLLC
                           108 PARK AVENUE
                           RALEIGH, NC  27605








COURT REPORTER:        MS. SANDRA A. GRAHAM, CVR

Proceedings recorded by stenomask, transcript produced from
dictation.

1    **THE COURT:**  I don't know if we got to the guideline.  I'll
2    give him a chance to allocute again, but the report came
3    out with a 17, Category 1 for 24 to 30 months.  Do you want
4    to dispute that?
5    **MR. FANNEY:**  No, Your Honor.  He has authorized me to
6    withdraw his objection to that.  He has no dispute with
7    that.
8    **THE COURT:**  Okay.  The offense level is a 17, Category 1.
9    Mr. Minish, you have the right to allocute, to speak about
10   your sentence.  Do you want to say anything?
11   **MR. MINISH:**  Yes, sir.
12   **THE COURT:**  All right.  Go ahead.  Speak loud enough so I
13   can hear you.
14   **MR. MINISH:**  Yes, sir.  I know you hear I'm sorry from a
15   lot of people, but I am sorry.  I apologize for my actions
16   that led me to this Court.  I ain't asking for leniency
17   because I spent my life trying to be a good guy and failed
18   this one time.  I enlisted in the National Guard straight
19   out of college.  I took my oath to defend my country
20   seriously and after 21 years active duty in the National
21   Guard I retired, not with a chest full of medals but still
22   proud of my service.
23        I worked with the federal grant program and helped
24   repair substandard housing for low income families in rural
25   communities in North Carolina.  I worked with the North

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 2 of 12

1    Carolina Department of Corrections as a correctional
2    officer, which was a pretty stressful and difficult job.
3    When I started working in law enforcement support services,
4    I was immersed in a culture that encouraged use of military
5    -- surplus military equipment for our own benefit.  We
6    drove cars supplied from the Department of Defense.  We
7    wore surplus clothing.  We used surplus equipment as we
8    needed it.  I went overboard and crossed a line I should
9    not have, but while there I also did a lot of good for law
10   enforcement.  L-E-S-S provided surplus equipment to the
11   World Trade Center and to New Orleans the week after
12   Katrina.  We provided armored vehicles to law enforcement
13   agencies throughout the southeast and weapons to hundreds
14   of law enforcement agencies in North Carolina and
15   nationwide.  To listen to probation's presentence report I
16   spent all the years at L-E-S-S selling military guns and
17   equipment on eBay.  My job involved a lot more than just
18   managing the weapons issued to police departments.  I
19   designed and built undercover cars to supply to law
20   enforcement agencies.  Using a military surplus truck and a
21   small federal grant, I built a mobile command post for the
22   state of North Carolina, Department of Crime Control, for
23   hundreds of thousands of dollars less than what it would
24   have cost to purchase one.
25        At one time I ran two federal grant programs, an

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646     sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 3 of 12

1  undercover equipment loan program, an equipment purchasing
2  program, managed all aircraft, armored vehicles and weapons
3  in the state of North Carolina and still helped my
4  coworkers to acquire and distribute military surplus
5  equipment to police and sheriffs throughout the state.
6  Until you deal with 2500 guns issued to a hundred sheriffs
7  and 600 police chiefs all dead set on doing things their
8  own way, you have no idea how quickly records can become
9  confused.  I do take responsibility that things were not
10 done to the standards they should have been.  I did lie to
11 a federal agent and I did take federal property for my own
12 use.  Due to the complexity of what I did at L-E-S-S and
13 the background in this case it is very difficult to explain
14 succinctly.  I agree to start reimbursing the Government
15 for what I took and hope that I can very quickly pay back
16 restitution.

17     This Saturday morning while on vacation in Holden
18 Beach my oldest son's wife gave birth to a son I have not
19 seen yet.  I worked a 48 hour on-call shift this weekend
20 and could not leave town.  Due to complications at birth he
21 will be in the hospital at Wilmington for the next one or
22 two weeks.  And hopefully I will be able to see him soon.
23 I was able to enjoy a Thanksgiving dinner with my youngest
24 son, his wife and my two grandchildren.  Before dinner they
25 helped us decorate our Christmas tree.  They bring a joy to

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 4 of 12

1   my life that I do not deserve.

2      Right now my life is simple. I work 52 to 76 hour

3   work weeks transporting sick and elderly to doctor's

4   offices, hospitals, and nursing homes. It's a good job for

5   a good company and I feel like I am doing a good service

6   for the community. I take care of my small farm and the

7   small goat herd we have on it. My wife is not able to care

8   for the goats so if I am not around she will have to sell

9   them all. I work and I do chores around the farm.

10      I have served my country honorably. I have worked in

11   public service for the past 18 years, and I've never done

12   anything this stupid before, and I will never do anything

13   this stupid again.

14      Lastly, I have a rare blood type. I have been

15   donating blood to the Red Cross for 40 years, something I

16   will no longer be able to do if I spend any time in prison.

17   Thank you for your time.

18   **THE COURT:** All right. Thank you. Do you want to say

19   anything about his sentence?

20   **MR. FANNEY:** Your Honor, I would ask the Court to consider

21   a variance with regard to everything that he has told you

22   here today and the seriousness of the offense. And I would

23   ask the Court to consider perhaps a period of home

24   confinement followed by supervised release. He has given

25   me funds today with which he can start paying back the

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 5 of 12

1    Government for the restitution amount found in the

2    presentence report.

3    **THE COURT:** Okay. What does the Government say?

4    **MR. LATHAN:** Your Honor, we're asking for a guideline

5    sentence. This is a former state employee who sold

6    thousands of dollars worth of government property, was

7    operating an eBay business and sold thousands of dollars

8    worth of government property within that eBay business.

9    And not only that, but most of this property that he sold

10    was never intended to make its way into public hands. But

11    what's even more troubling is the lies that he told

12    throughout the investigation given time and time again an

13    opportunity to come clean. It started when the

14    investigation began. You know, he's missing firearms and

15    he sends investigators from one end of the state to the

16    other looking for them knowing all the while that he had

17    them, that they were not in these other law enforcement

18    agencies. And in those ensuing weeks investigators were

19    checking in with him on a daily basis, talking to him on

20    the phone, and he is literally directing them from one

21    place to the other, all of it a lie. Eventually when he is

22    confronted with evidence that that is not true and he knows

23    where those guns are, the lies continue. And he continues

24    to deny that he has actually sold government property on

25    eBay. Eventually records disprove that. And those are

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 6 of 12

1 only records from a two-year period.  So we don't know the
2 full extent of what was stolen and what was sold.  But it
3 is a serious offense, and we think the guideline in this
4 case adequately captures the events, and a guideline
5 sentence is appropriate.
6 **THE COURT:**  Why did you send them on a wild goose chase for
7 all this stuff?
8 **MR. MINISH:**  Well, I disagree with that, sir.  It was poor
9 record keeping, nothing else.  I did not know where these
10 weapons were.  Like I said, we had 2500 weapons issued
11 within the state of North Carolina.
12 **THE COURT:**  Well, did you know that -- were these the ones
13 that you sold?
14 **MR. MINISH:**  No, sir, I've never sold any weapons.
15 **THE COURT:**  What did you sell on eBay?
16 **MR. MINISH:**  Just weapon sights, cleaning kits -- I'm
17 trying to remember -- some surplus radios.
18 **THE COURT:**  What were they looking for that they went on
19 this wild goose chase, guns?
20 **MR. MINISH:**  I was told it was a DOD audit on our records.
21 They would spot check to find -- to make sure we had
22 weapons where we said they were.  At the time we were in
23 violation of DOD policy, and we were keeping weapons in our
24 warehouse, which we were not supposed to do.  And we were
25 not inventorying those weapons, so I didn't know what was

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 7 of 12

1    there.  So I went by our database and told the
2    investigators what our database said where those guns were.
3    And our database was wrong.  Eventually I found -- you
4    know, we were trying to trace through transfers between
5    departments, and eventually I figured out that those guns
6    must have been in our warehouse, and that's when I told the
7    investigators that's where they were.
8    **THE COURT:**  So you never lied to them?
9    **MR. MINISH:**  Oh, yes, sir.
10   **THE COURT:**  Well, that's what I'm trying to get at.  What
11   did you lie to them about?
12   **MR. MINISH:**  They asked me did we have weapons on the
13   premises, and I lied and said, no, we didn't.
14   **THE COURT:**  Why did you do that?
15   **MR. MINISH:**  Because it was against DOD policy.
16   **THE COURT:**  Well, what benefit did you get out of having
17   weapons there and lying about it?
18   **MR. MINISH:**  We were -- I don't know if Your Honor has ever
19   dealt with a sheriff.  I'm sure you have.  They tend to be
20   hard-headed sometimes, and when a sheriff comes in your
21   office and says, here are some guns that you all issued me
22   five years ago; I don't want them anymore, my thoughts at
23   the time were take them, we'll lock them up, we'll find
24   another home for them.  And that's what we were doing.
25   **THE COURT:**  And that's all there is to it?

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 8 of 12

1    **MR. MINISH:** Yes, sir.

2    **THE COURT:** Well, how did you lie to them?

3    **MR. MINISH:** Well, when they asked me if we had weapons on

4    site, I told them no.

5    **THE COURT:** That was the lie?

6    **MR. MINISH:** That was the lie, yes, sir.

7    **THE COURT:** How is that a crime?

8    **MR. MINISH:** Well, it's still a crime to lie to the federal

9    government.

10   **THE COURT:** Well, what benefit did you get out of lying to

11   them?

12   **MR. MINISH:** Like I said, we were against -- were violating

13   DOD policy keeping the weapons there, and we had a working

14   relationship with the DOD agency that provided those

15   weapons, and we were trying to ensure that we kept a good

16   relationship with them.  The year after this happened, when

17   we finally got DOD to take these weapons back, I shipped

18   most of them to other states and then got them out of our

19   warehouse.

20   **THE COURT:** It doesn't sound like he did anything wrong.

21   How did he get indicted?

22   **MR. LATHAN:** Well, Your Honor, he was indicted because this

23   case involves a lot more than just him lying about whether

24   or not there were weapons on the premises of LESSO.  He

25   also stole weapons, and as the investigation progressed and

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 9 of 12

1   the heat came on him he did all sorts of things.  For

2   example, he had stolen six guns that he actually mailed

3   back under the guise that they were being sent by a law

4   enforcement agency.  It was the Alamance County Sheriff's

5   office he wrote on the package, and he mailed that package

6   back to North Carolina (unintelligible) under the guise

7   that they were guns being returned when, in fact, they were

8   guns that he stole and that he was mailing back to try to

9   cover for himself?

10  **THE COURT:**  Is that true?

11  **MR. MINISH:**  Yes, sir.

12  **THE COURT:**  Well, why didn't you tell me that?

13  **MR. MINISH:**  Well, my intention was not to steal those

14  guns.  I had those guns at home to use.

15  **THE COURT:**  You had them for what?

16  **MR. MINISH:**  To use.  I took them home to practice with

17  them.  When this investigation -- when I was confronted

18  about stealing property, and I was told not to return to

19  L-E-S-S and not to contact anyone there, I had these six

20  weapons at my home, and I needed to return them.  I knew it

21  would look bad.  It was a stupid move, but I shipped them

22  back as best and as quickly as I could.

23  **THE COURT:**  Why did you say it came from the Alamance

24  County Sheriff's Department?

25  **MR. MINISH:**  To be honest, Your Honor, I don't even

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 10 of 12

1  remember doing that. I may have. Like I said, I was
2  trying to cover for myself because I had been accused of
3  stealing and here I was with six guns that didn't belong to
4  me.
5  **THE COURT:** Well, why didn't you just bring them in to the
6  supply office and say, here, these six guns need to go into
7  the inventory?
8  **MR. MINISH:** I should have, yes, sir. But I was
9  embarrassed. Like I said, I had already been accused of
10  stealing, and I knew it would look bad.
11  **THE COURT:** All right. You can have a seat.
12      I impose a sentence of four years of probation on the
13  condition that he serve nine months of home confinement
14  with a curfew but be eligible to work during that period.
15  And after the nine months that he perform 200 hours of
16  community service without compensation, to be managed by
17  the probation office. Pay restitution in the amount of
18  $28,456.52 and $200 in special assessments.
19  **MR. FANNEY:** Thank you, Your Honor.
20  **MR. MINISH:** Thank you very much, sir.
21
22
23
24
25

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com

Case 5:13-cr-00056-BO   Document 30   Filed 12/18/13   Page 11 of 12

```
STATE OF NORTH CAROLINA        )
                               ) C-E-R-T-I-F-I-C-A-T-I-O-N
COUNTY OF PERQUIMANS           )
```

       I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


*Sandra A. Graham, CVR-M*          *12/13/2013*
Sandra A. Graham, CVR-M       December 13, 2013
Court Reporter & Notary Public
Notary Public Number:  19940140086

S. Graham & Associates
Court Reporting Services
P.O. Box 385
Elizabeth City, NC 27907-0385
(252) 264-4646    sgrahamassoc@gmail.com