# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8677
Fax: 919-861-5555

**DATE:** August 15, 2017

**FROM:** Arthur B. Campbell
U.S. Probation Officer

**SUBJECT:** MINISH, Robert Brian
Case No.: 5:13-CR-56-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On December 2, 2013, pursuant to a guilty plea to Theft of Government Property and False Statements, Robert Brian Minish appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 48 months probation.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative. The defendant was ordered to pay restitution in the amount of $28,456.52. To date, he has paid $15,735.40 and still owes $12,721.12. Currently, his military retirement is withheld at a rate of $138.28 per month and a yearly amount of $567.00 is withheld from funds received from the USDA Farm Service Agency's Conservation Reserve Program for his farm. He has been on low intensity supervision since July 2016. He has signed an Agreed Order for Payment. His probation is set to expire on December 1, 2017.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they do not object to the recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     _8·15·17_
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　Crim. No. 5:13-CR-56-1BO

**ROBERT BRIAN MINISH**

On December 2, 2013, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　/s/ Arthur B. Campbell
Jeffrey L. Keller　　　　　　　　　　　　Arthur B. Campbell
Supervising U.S. Probation Officer　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8677
　　　　　　　　　　　　　　　　　　　　Executed On: August 15, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _15_ day of _August_, 2017.

_____
Terrence W. Boyle
U.S. District Judge